IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO.  **2.15CR    19** |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6), |
| | ) | §922(g)(1) |
| RICHARD ROWE & | ) | §2          -**FILED**- |
| MARCUS JONES | ) | |

**INDICTMENT**

FEB 19 2015

THE GRAND JURY CHARGES:

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**COUNT 1**

On or around October 1, 2014 within the Northern District of Indiana,

**RICHARD ROWE
&
MARCUS JONES**

defendants herein aided and abetted by each other, in connection with the acquisition of

firearms, to wit one (1) Sturm Ruger .45 caliber handgun  with serial number 665-09181 and one

(1) Springfield Armory, 9 millimeter handgun with serial number XD959335 by MARCUS

JONES from Westforth Sports Inc., a licensed firearms dealer, did cause MARCUS JONES to

knowingly make a false and fictitious written statement to an employee of said licensed dealer,

which statement was likely to deceive said employee as to a fact material to the lawfulness of

such acquisition of the said firearms by MARCUS JONES, in that MARCUS JONES

represented that he was the actual buyer of the firearms, when in fact, as MARCUS JONES and

RICHARD ROWE then well knew, the firearms were purchased on behalf of another person.

All in violation of Title 18, United States Code Section 922(a)(6) and (2).

1

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or around October 15, 2014 within the Northern District of Indiana,

**RICHARD ROWE**
**&**
**MARCUS JONES**

defendants herein aided and abetted by each other, in connection with the acquisition of

firearms, to wit one (1) Smith & Wesson 22LR Rifle with serial number HCF5063, one (1)

Glock 40 caliber pistol with serial number RBS959 and one (1) FT Tangfoglio/EAA 10mm

pistol with serial number MT05337 by MARCUS JONES from Westforth Sports Inc., a licensed

firearms dealer, did cause MARCUS JONES to knowingly make a false and fictitious written

statement to an employee of said licensed dealer, which statement was likely to deceive said

employee as to a fact material to the lawfulness of such acquisition of the said firearms by

MARCUS JONES, in that MARCUS JONES represented that he was the actual buyer of the

firearms, when in fact, as MARCUS JONES and RICHARD ROWE then well knew, the

firearms were purchased on behalf of another person.

All in violation of Title 18, United States Code Section 922(a)(6) and (2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or around October 28, 2014 within the Northern District of Indiana,

**RICHARD ROWE**
**&**
**MARCUS JONES**

defendants herein aided and abetted by each other, in connection with the acquisition of

firearms, to wit one (1) H&K Inc, model, USP Compact, .45 caliber pistol, with serial# 29-

018636, one (1) Zastava/CAI, model PAP M85NP, 5.56 caliber pistol with serial # M85-

NP000298 and one (1) Walther Arms, model PK380 caliber pistol with serial #WB026930 by

MARCUS JONES from Westforth Sports Inc., a licensed firearms dealer, did cause MARCUS

JONES to knowingly make a false and fictitious written statement to an employee of said

licensed dealer, which statement was likely to deceive said employee as to a fact material to the

lawfulness of such acquisition of the said firearms by MARCUS JONES, in that MARCUS

JONES represented that he was the actual buyer of the firearms, when in fact, as MARCUS

JONES and RICHARD ROWE then well knew, the firearms were purchased on behalf of

another person.

All in violation of Title 18, United States Code Section 922(a)(6) and (2).

3

THE GRAND JURY FURTHER CHARGES:

## COUNT 4

On or around October 28, 2014 within the Northern District of Indiana,

### RICHARD ROWE

defendant herein, having previously been convicted of Distribution of Narcotics in case #69DU-CR-08-4847 in the St. Louis County District Court, said crime being punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit:

- one (1) High Point Arms, model CF380, .380 caliber pistol with serial # P8058292

All in violation of Title 18, United States Code, Section 922(g)(1).

**A TRUE BILL**

S/FOREPERSON
FOREPERSON

DAVID CAPP
United States Attorney

By:   S/THOMAS M. MCGRATH
      THOMAS M. MCGRATH
      Assistant United States Attorney

4