IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 2:15-CR-19 |
| | ) | |
| RICHARD ROWE | ) | |

### DEFENDANT'S MOTION TO CONTINUE JURY TRIAL

Comes now the Defendant, Richard Rowe, by counsel, James N. Thiros, and moves the Court to continue the jury trial presently scheduled for November 16, 2015, and in support thereof represents to the Court the following:

1. That the jury trial of the above cause is presently scheduled to begin on November 16, 2015, at 8:30 a.m., before the Honorable Rudy Lozano.

2. That counsel for the Defendant is attorney of record in a case entitled *State of Indiana vs. Paula Carver*, Cause No. 45G03-1404-FB-27, which cause is also scheduled for trial on November 16, 2015 in the Lake County, Indiana Superior Court, and which trial was scheduled prior to the setting of the trial in this cause.

3. Furthermore, the Defendant and his counsel need additional time to complete a review of the discovery as well as a proposed plea agreement which was recently tendered by the United States of America.

4. The defendant has been advised and understands that the delay in proceeding to trial, occasioned by a continuance granted in response to this requests, will be excluded for purposes of calculating a trial setting under the Speedy Trial Act (18 USC 3161 et seq) and the U.S. Constitution.

5. That Assistant United States Attorney, Thomas McGrath, has been informed of the filing of this motion to continue, and has indicated that the Government has no objection to same.

6. That the granting of a continuance in this cause is excludable under 18 USC §3161(h)(8)(A), as the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, the Defendant, Richard Rowe, by counsel, James N. Thiros, respectfully requests this Court to grant a continuance of the Jury Trial in this matter presently scheduled to begin on November 16, 2015, and for all relief, just and proper in the premises.

Respectfully submitted,

s/JAMES N. THIROS
James N. Thiros #14408-45
Thiros and Thiros, P.C.
200 E. 90th Drive
Merrillville, Indiana 46410
Ph. (219) 769-1600
Fax (219) 738-3769
E-mail: jim@thiros.com

CERTIFICATE OF SERVICE

I certify that on October 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to Assistant United States Attorney, Thomas McGrath.

s/JAMES N. THIROS
James N. Thiros #14408-45
Thiros and Thiros, P.C.
200 E. 90th Drive
Merrillville, Indiana 46410
Ph. (219) 769-1600
Fax (219) 738-3769
E-mail: jim@thiros.com