UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:15-cr-19-RL-JEM |
| | ) | |
| RICHARD ROWE | ) | |

## MOTION TO DISMISS

Comes now the United States of America and moves the Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Counts Two through Four of the Indictment against Richard Rowe.

WHEREFORE, the United States seeks leave of Court pursuant to Rule 48(a) to dismiss Counts Two through Four of the Indictment against Richard Rowe.

Respectfully submitted,

DAVID CAPP
UNITED STATES ATTORNEY

By: /s/ Thomas M. McGrath
Thomas M. McGrath
Assistant United States Attorney

## CERTIFICATE OF SERVICE

  I hereby certify that on June 8, 2016, I electronically sent notification of this filing to the following:

James N. Thiros
Counsel for the Defendant

                /s/Thomas M. McGrath
                Thomas M. McGrath
                Assistant U.S. Attorney
                U.S. Attorney's Office
                5400 Federal Plaza, Suite 1500
                Hammond, Indiana 46320
                (219) 937-5500